JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>KINCAID INDUSTRIES, INC., a California corporation; and RONALD S. KINCAID, an individual also known as "Scott Kincaid,"<br><br>　　　　Defendants. | **Case No. 5:25-cv-00059-KK-SP**<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE, AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

///

///

///

Bush Gottlieb
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

Pursuant to the "Stipulation for Dismissal Without Prejudice, and Request that the Court Retain Jurisdiction of the Action to Enforce Settlement Agreement" between Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and Defendants Kincaid Industries, Inc. and Ronald S. Kincaid, and good cause appearing therefore, it is hereby ordered that this action is dismissed without prejudice. The Court retains jurisdiction of the action and the parties to enforce the terms of their Settlement Agreement.

Dated: March 10, 2025

_____
Honorable Kenly Kiya Kato
United States District Court Judge